◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS GONZALEZ, Appellant. [921 NYS2d 545]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Holder, J.), rendered May 26, 2009, convicting him of robbery in the first degree, robbery in the second degree, criminal possession of a weapon in the fourth degree, and criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was deprived of a fair trial by certain purportedly inflammatory remarks made by the prosecutor in the opening statement is unpreserved for appellate review, as the defendant failed to object to the challenged remarks (*see* CPL 470.05 [2]). In any event, the " 'prosecutor's

opening statement adequately described what the People intended to prove, and properly prepared the jury to resolve the factual issues at the trial' " (*People v Helenese*, 75 AD3d 653, 655 [2010], quoting *People v Larios*, 25 AD3d 569, 570 [2006]; *People v Umoja*, 70 AD3d 867, 868 [2010]; *People v Garson*, 69 AD3d 650, 651 [2010]).

The defendant also contends that he was deprived of a fair trial because of certain allegedly improper comments made by the prosecutor on summation. The defendant's contentions, however, are not preserved for appellate review (*see* CPL 470.05 [2]). In any event, although several of the prosecutor's comments would have been better left unsaid, they did not, singly or in combination, deprive the defendant of a fair trial (*see People v Valencia*, 80 AD3d 632 [2011]; *People v Garcia-Villegas*, 78 AD3d 727 [2010]; *People v Turner*, 34 AD3d 705 [2006]; *People v Shelton*, 307 AD2d 370 [2003], *affd* 1 NY3d 614 [2004]).

The defendant's remaining contention is without merit. Prudenti, P.J., Dillon, Balkin and Sgroi, JJ., concur.